**Order entered April 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01547-CV

**TARSHA JOHNSON, Appellant**

**V.**

**JILLIAN TOWNSEND, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08617**

### ORDER

Appellant's brief is currently due. By letter filed April 13, 2020, appellant informs the Court that the parties have resolved their dispute and they will file "an appropriate motion requesting disposition of this appeal by May 11."

We construe the letter as a motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief, a motion to dismiss the appeal, or a status report be filed no later than May 11, 2020.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE